IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

APRIL PILLOWS                                                                                  PLAINTIFF

V.                                    NO. 3:10CV00153 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE